Eastern District of Kentucky
**FILED**

JUN 28 2019

AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT LEXINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL ACTION NO. 5:10-CR-139-KKC |
| Plaintiff, | |
| V. | ORDER |
| JERRY LITTLE, | |
| Defendant. | |

\*\*\* \*\*\* \*\*\*

This matter is before the Court on the recommended disposition of United States Magistrate Judge Matthew A. Stinnett concerning Defendant Jerry Little's reported violations of his supervised release conditions. [DE 50.] The matter was referred to Magistrate Judge Stinnett to conduct a final revocation hearing and issue a recommendation. Magistrate Judge Stinnett conducted the final revocation hearing on June 6, 2019 [DE 49] and issued a recommended disposition on June 10, 2019. [DE 50.]

Defendant Little did not object to the recommended disposition and has now waived his right to appear before a district judge and to make a statement and present information in mitigation. [DE 51.] Accordingly, and with the Court being otherwise sufficiently advised, it is hereby **ORDERED** that the recommended disposition [DE 50] is **ADOPTED** as the Court's opinion. Judgment will be entered consistent with the recommendation.

Dated June 28, 2019.



Signed By:
Karen K. Caldwell
United States District Judge